[No. 3410-1.    Division One.    December 27, 1976.]

HELEN E. HURLBURT, *Appellant*, v. PAY'N SAVE CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 33897, Walter J. Deierlein, Jr., J., entered November 12, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 4035-1.    Division One.    December 27, 1976.]

WILL FRANKLIN MOBILE HOMES, INC., *Respondent*, v. HAROLD J. FOSTER, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 794895, Janice Niemi, J., entered July 14, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 4271-1.    Division One.    December 27, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. CORNELL GARDEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 58417, David W. Soukup, J., entered November 7, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 4395-1.    Division One.    December 27, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. ROOSEVELT BAKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 74212, Edward E. Henry, J., entered December 4, 1975. *Affirmed* by unpublished opinion per Farris, J., concurred in by Swanson and Andersen, JJ.